# MURPHY, SCHISANO & ROSADO

ATTORNEYS & COUNSELORS AT LAW
717 BROADWAY, NEWBURGH, NEW YORK 12550
(845) 562-1515   FAX:  (845) 562-0056
WEBSITE: www.NewburghBeaconLawyers.com
email address: info@newburghbeaconlawyers.com

---

RICHARD SCHISANO, ESQ                                           PARALEGALS
GISELE ROSADO, ESQ                                              AnaBetsy Lee
                                                                Victoria Decker

*Of Counsel*
*THOMAS J. MURPHY, ESQ.*

October 10, 2018

**VIA ECF**
United States Bankruptcy Court
Honorable Cecelia G. Morris
355 Main Street
Poughkeepsie, NY 12601

      Re:    Lubrano, Case No. 18-36050-cgm

Your Honor:

      This office represents Chapter 13 debtor, Frank n. Lubrano, in the instant Loss Mitigation proceeding. Please allow this letter to serve as a loss mitigation status report.

      Loss Mitigation Order was entered on July 9, 2018.
      Creditor Loss Mitigation Affidavit served July 12, 2018.
      Debtor Loss Mitigation Affidavit served July 24, 2018.

      On October 3, 2018 I participated in a conference call with Tammy L. Terrell Benoza and Michael Myhyuold, a representative of the secured creditor. We discussed the disparity of values of the subject property. The value the creditor has attributed to the property is significantly higher than the value stated in the debtor's Market Analysis. We discussed ordering a BPO to identify the disparity between the two valuations and its effect on the proposed ability to modify.

      Furthermore, there was a non-delegated review performed which was ultimately denied due to "not sufficient mitigating circumstances". I have requested guidelines and criteria dealing with the issue of sufficient mitigating circumstances, but as of the date of this letter I have not received same.

Very truly yours,

/s/*Richard Schisano*

RS/vmd